## Walker *v.* Forcey, Appellant.

Argued April 30, 1959.   Before MUSMANNO, JONES, COHEN and BOK, JJ.

*F. Cortez Bell,* with him *Bell, Silberblatt & Swoope,* for appellants.

*James K. Nevling,* with him *Robert V. Maine,* and *Nevling & Davis,* for appellee.

OPINION PER CURIAM, May 28, 1959:
The judgment in this case is affirmed on the opinion of President Judge PENTZ filed December 30, 1958.